**DISMISS; and Opinion Filed October 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01250-CV

## IN RE JOE TRAMPAS BENAVIDES, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9921709-MW**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Stoddart
Opinion by Justice Lang-Miers

Relator filed this petition for writ of mandamus requesting that the Court order the district

attorney of Dallas County, Texas to enforce his plea agreement. The district attorney is not a

trial judge within our district; thus absent circumstances not present in this case, we have no

jurisdiction to issue a writ of mandamus directed at her. *Garner v. Gately*, 909 S.W.2d 61, 62

(Tex. App.—Waco 1995, orig. proceeding); TEX. GOV'T CODE ANN. § 22.221(b) (West 2004).

Moreover, because relator's complaint is a collateral attack on a final felony conviction, the

relief relator seeks—immediate discharge from confinement—may be sought only by petition for

writ of habeas corpus. *See In re Benavides*, No. 05-15-00341-CV, 2015 WL 1346144, at *1

(Tex. App.—Dallas Mar. 25, 2015, orig. proceeding). We lack jurisdiction to issue such a writ.

*Id.*

We dismiss the petition for want of jurisdiction.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

151250F.P05